IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JESUS HERNANDEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JEANNE S. WOODFORD, Secretary,<br>California Department of Corrections<br>and Rehabilitation,<br><br>    Respondent.<br>                                    / | No. C 06-3975 WHA (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE TRAVERSE** |

Petitioner's motion for an extension of time (document number 11 on the docket) is **GRANTED**. The traverse is deemed timely.

**IT IS SO ORDERED.**

Dated: September   17  , 2007.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\HERNANDEZ975.EXT-P